IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID SILVA as PERSONAL REPRESENTATIVE
of the ESTATE OF SONIA RODRIGUEZ,

    Plaintiff,

v.                                    NO. 16-CV-01270 MV/CG

VANESSA RODRIGUEZ, FARMERS INSURANCE
COMPANY OF ARIZONA, and DAVID K. PRICE,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER, having come before this Court upon Motion of Defendants Farmers Insurance Company of Arizona and David K. Price, and the parties hereby stipulating to this Order, and the Court being fully advised in the premises, find that the Motion is well taken and should be granted;

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

_____
THE HONORABLE MARTHA VÁZQUEZ
United States District Judge

Submitted and Approved:


O'BRIEN & PADILLA, P.C.


By: */s/ Daniel J. O'Brien*
    DANIEL J. O'BRIEN
    KERRI L. ALLENSWORTH
    6000 Indian School Road NE, Suite 200
    Albuquerque, NM 87110
    Phone: (505) 883-8181
    Fax: (505) 883-3232
    dobrien@obrienlawoffice.com
    kallenswortha@obrienlawoffice.com
    *Attorney for Defendants*



LAW OFFICE OF THELL THOMAS, LLC

    *Approved via email*
By: *Thell Thomas - 05/31/17*
    THELL THOMAS
    509 Roma N.W.
    Albuquerque, NM 87102
    Ph: (505) 242-2109
    Fax: (505) 243-9882
    tthomasjd@gmail.com
    *Counsel for Plaintiff*


MILLER STRATVERT, P.A.

    *Approved via email*
By: *Cody R. Rogers - 05/30/17*
    CODY R. ROGERS
    3800 E. Lohman Ave Ste H
    Las Cruces, NM 88011
    (575) 523-2481
    crogers@mstlaw.com
    *Attorneys for Defendant Vanessa Rodriguez*